MAMIE CONTI, Appellant, v. MAX COHEN, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ. [See *post*, p. 998.]

MAMIE CONTI, Respondent, v. MAX COHEN, INC., Appellant.— Appeal dismissed, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MAMIE CONTI, Respondent, v. MAX COHEN, INC., Appellant.— Appeal dismissed, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MAMIE CONTI, Respondent, v. MAX COHEN, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MAMIE CONTI, Respondent, v. MAX COHEN, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

RUDOLPH DELISSER and Others, Respondents, v. HARRY R. GREENLEE, as Receiver of THE ERIE TIRE AND RUBBER COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

RUDOLPH DELISSER and Others, Respondents, v. HARRY R. GREENLEE, as Receiver of THE ERIE TIRE AND RUBBER COMPANY, Appellant.— Appeal dismissed, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE SELSON ENGINEERING COMPANY, LTD., Respondent, v. FEDERAL STEAMSHIP CORPORATION, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

SIDNEY BLUMENTHAL & CO., INC., Appellant, v. ISAAC KAMINSKY, Respondent.— Order modified as stated in order and as so modified affirmed, with ten dollars costs and disbursements to appellant. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

LILLIAN MONATSBERGER, Respondent, v. HENRY MYERS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion, Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

HARRY G. ANTONE, Respondent, v. WILLIAM J. PETTERSON, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

DAVID MACKENZIE, Appellant, v. GABRIEL A. BOBRICK and Others, Impleaded with BARCLAY E. V. McCARTY, Respondent.— Order reversed and motion granted on condition that plaintiff give an undertaking in the sum of $7,500 conditioned for the payment of any damages the defendants may sustain by virtue thereof. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of the Application of AMERICAN EQUITABLE ASSURANCE